IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISE JERMAINE CALLAWAY,<br><br>        Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY JAIL,<br>CORRECTIONAL OFFICERS, et. al.,<br><br>        Defendants.<br>_____ | No. C 01-2689 SBA (pr)<br><br>**ORDER APPOINTING COUNSEL** |

    The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and volunteer counsel willing to be appointed to represent Plaintiff having been located by the Court,

    IT IS HEREBY ORDERED that: **Ivor E. Samson, Esq. (SBN 52767) of Sonnenschein Nath & Rosenthal, LLP,** is appointed as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The stay of this action shall continue for another two (2) weeks from the date of this Order.

    The Clerk of Court shall send a copy of this Order to Plaintiff, Plaintiff's counsel and Defendants' counsel. The Clerk of the Court is directed to send a copy of the court file to Plaintiff's counsel, Mr. Samson, at **Sonnenschein Nath & Rosenthal, LLP, 685 Market Street, 6th Floor, San Francisco, CA 94105.**

    IT IS SO ORDERED.

DATED: 9/2/05

                                                SAUNDRA BROWN ARMSTRONG<br>
                                                United States District Judge