IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISE JERMAINE CALLOWAY, | No. C 01-2689-SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 57 & 64] |
| CONTRA COSTA COUNTY JAIL CORRECTIONAL OFFICERS, et al., | |
| Defendants. | |

On January 25, 2006, the parties in the above-captioned case appeared before this Court for a telephonic Case Management Conference. During the Case Management Conference, Plaintiff's counsel, Thomas McDonald, informed the Court that Plaintiff was hereby withdrawing his Motion to Compel Discovery [docket no. 57] filed May 23, 2005. Additionally, defense counsel, Bernard Knapp, stated that defendants Thomas Chalk and Roderick County were withdrawing their Motion for Protective Order [docket no. 64] filed June 22, 2005.

Accordingly, there being no issue presented for this Court's resolution, Plaintiff's Motion to Compel [Docket No. 57] and Defendants' Motion for Protective Order [Docket No. 64] are TERMINATED.

IT IS SO ORDERED.

Dated: 1/30/06

SAUNDRA BROWN ARMSTRONG
United States District Judge