United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>  Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY JAIL CORRECTIONAL OFFICERS, *et al.*,<br><br>  Defendants.<br>_____/ | No. C-01-2689 SBA (EMC)<br><br>**ORDER GRANTING IN PART PRODUCTION OF DOCUMENTS REVIEWED *IN CAMERA***<br><br>**(Docket No. 109)** |

Defendant Contra Costa County submitted for this Court's *in camera* review six (6) Internal Affairs files of Defendant Deputy Lumb (3 files), Deputy Gray (2 files), and Deputy County (1 file). Having reviewed the files, the Court finds the following files relevant and not privileged under the official information privilege:

<u>Deputy Lumb</u>

  IA Case 2005-13

  IA Case 2001-067

<u>Deputy Gray</u>

  IA Case 2003-002

<u>Deputy County</u>

  IA Case 2005-001

The County shall produce these records under protective order for attorneys' eyes only within seven days of the date of this Order. The County shall also produce, along with the four IA files, the Internal Affairs Database name search results for Deputy Gray (Bates stamp CC1234-41) and Deputy County (Bates stamp CC1305) under such protective order.

The other files (Lumb, IA Case 2002-056; Gray, IA Case 2001-030) are not sufficiently relevant to overcome the privilege.

IT IS SO ORDERED.

Dated: May 19, 2006

EDWARD M. CHEN
United States Magistrate Judge

2