SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Email: bknap@cc.cccounty.us

Attorneys for Defendants
THOMAS C. CHALK, RODERICK COUNTY,
FRED GRAY, TONY LUMB, CONTRA COSTA
COUNTY and CONTRA COSTA COUNTY
SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISE JERMAINE CALLAWAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY JAIL CORRECTIONAL OFFICERS, et al.,<br><br>　　　　Defendants. | No. C01 - 2689 SBA<br><br>STIPULATION AND  ORDER TO EXTEND THE DEADLINE FOR COMPLETION OF EARLY NEUTRAL EVALUATION |

The parties, through their respective counsel, agree as follows:

1. This action has been referred by this court's order to the court's Early Neutral Evaluation Program (ENE).

2. The value of ENE to the parties would be significantly enhanced by completion of the depositions of the parties and other discovery.

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR COMPLETION OF EARLY NEUTRAL EVALUATION - C01 2689 SBA

1

1       3. For various reasons, including but not limited to the schedules of counsel and the
2 recent and unexpected cancellation of plaintiff's deposition when he was transferred to new
3 housing, it is unlikely the depositions of the parties will be completed until late June, 2006.
4       4. Counsel and the appointed ENE evaluator, Gail Killefer, conferred on scheduling on
5 May 4, 2006, and agreed that ENE can most practically be scheduled in the week of July 24,
6 2006.
7      Based on the foregoing, and good cause appearing therefrom, the parties stipulate and
8 request that this court extend the deadline for completion of ENE to July 31, 2006.

SO STIPULATED:

DATED: _____   SILVANO B. MARCHESI, County Counsel

By:_____
   MONIKA L. COOPER for
   BERNARD KNAPP
   Deputy County Counsel
   Attorneys for Defendants
   THOMAS C. CHALK, RODERICK
   COUNTY, FRED GRAY, TONY
   LUMB, CONTRA COSTA COUNTY
   and CONTRA COSTA COUNTY
   SHERIFF'S DEPARTMENT

DATED: _____   SONNENSCHEIN NATH & ROSENTHAL LLP

By:_____
   THOMAS McDONALD
   IVOR E. SAMSON
   ELIZABETH THOMPSON
   AENGUS HARTLEY CARR
   PAULA M. YOST
   Attorneys for Plaintiff
   JAMISE JERMAINE CALLAWAY

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR
COMPLETION OF EARLY NEUTRAL EVALUATION - C01 2689 SBA

1  DATED: _____   CRADDICK CANDLAND & CONTI

By:_____
    W. DAVID WALKER
    Attorneys for Defendants
    DR. JAMES RAEL, DR. BROOKS
    AND FATMATA LONGSTRETH

DATED: _____   DEPARTMENT OF JUSTICE

By:_____
    TRACE MAIORINO
    Attorneys for Defendant
    CALIFORNIA DEPARTMENT OF
    CORRECTIONS AND REHABILITATION

SO ORDERED.

DATED: 6/1/06

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR COMPLETION OF EARLY NEUTRAL EVALUATION - C01 2689 SBA

3