THOMAS E. McDONALD (SBN 109138)
ELIZABETH A. THOMPSON (SBN 112888)
PAULA M. YOST (SBN 156843)
AENGUS H. CARR (SBN 240953)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300

Attorneys for Plaintiff
JAMISI JERMAINE CALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, CONTRA COSTA COUNTY, FRED GRAY, THOMAS C. CHALK, RODERICK COUNTY, DEPUTY LUMB, FATMATA LONGSTRETH, JAMES RAEL, DR. BROOKS, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and UNKNOWN STATE PRISON MEDICAL CARE PROVIDERS 1 - 10,<br><br>Defendants. | No. C-01-2689 SBA<br><br>**STIPULATION REGARDING DEPOSITIONS AND EXPERT DISCLOSURES** |

The parties, through their respective counsel, agree as follows:

1. The Order For Pretrial Preparation dated January 26, 2006 (the "Pretrial Order"), provides for a cut-off of non-expert discovery on or before July 14, 2006. Plaintiff has noticed the depositions of Rule 30(b)(6) witnesses for Defendants Contra Costa County Sheriff's Department ("Sheriff's Department") and the California Department of Corrections and Rehabilitation ("CDCR"). However, due to witness scheduling difficulties, these depositions cannot be taken before July 14, 2006. Instead, the deposition of the Sheriff's Department shall

-1-
STIPULATION REGARDING DEPOSITIONS AND EXPERT DISCLOSURES
No. C-01-2689 SBA

1 take place on July 21, 2006, and the deposition of CDCR shall take place on a date to be

2 determined in July, 2006.

3     2.    Any motions relating to the depositions of the Sheriff's Department and CDCR

4 shall be filed within ten days of such deposition.

5     3.    The Pretrial Order further provides in Paragraph B that:

> Plaintiff shall designate any experts by 6/30/06; defendant by 6/30/06; rebuttal disclosure by 7/28/06. Any expert not so named may be disallowed as a witness. No expert will be permitted to testify to any opinion, or basis or support for an opinion, that has not been disclosed in response to an appropriate question or interrogatory from the opposing party. Expert discovery shall be completed by 8/28/06.

    4.    For purposes of the disclosures of experts on June 30, 2006 and July 28, 2006, each party will disclose by letter the name, address and subject on which the expert is expected to provide opinion testimony. Expert reports shall not be required.

Dated: June 29, 2006　　　　　　　　　　SONNENSCHEIN NATH & ROSENTHAL LLP

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　THOMAS E. MCDONALD

Attorneys for Plaintiff
JAMISI JERMAINE CALLOWAY

Dated: June 30, 2006　　　　　　　　　　SILVANO B. MARCHESI, County Counsel

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　BERNARD KNAPP
　　　　　　　　　　　　　　　　　　Deputy County Counsel

Attorneys for Defendants
THOMAS C. CHALK, RODERICK COUNTY, FRED GRAY, TONY LUMB, CONTRA COSTA COUNTY and CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

|  |  |
|---|---|
| Dated: June 29, 2006 | CRADDICK CANDLAND & CONTI |

/s/<br>W. DAVID WALKER

Attorneys for Defendants
JAMES RAEL, M.D., KENNETH BROOKS, M.D.
AND FATIMA LONGSTRETH

|  |  |
|---|---|
| Dated: June 30, 2006 | BILL LOCKYER, ATTORNEY GENERAL |

/s/<br>TRACE O. MAIORINO<br>Deputy Attorney General

Attorneys for Defendant
CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

SO ORDERED:

Dated: 7/5/06

*[signature]*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

27241161

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

-3-
STIPULATION REGARDING DEPOSITIONS AND EXPERT DISCLOSURES
No. C-01-2689 SBA