**Thomas E. McDonald**
415.882.1088
tmcdonald@sonnenschein.com

525 Market Street
26th Floor
San Francisco, CA 94105
415.882.5000
415.882.0300 fax
www.sonnenschein.com

*Chicago*
*Kansas City*
*Los Angeles*
*New York*
*San Francisco*
*Short Hills, N.J.*
*St. Louis*
*Washington, D.C.*
*West Palm Beach*

September 26, 2006

VIA FACSIMILE (415) 522-3636

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA  94102-3489

    Re:    Calloway v. Contra Costa County Sheriff's Department,
            Case No. C-01-2689 SBA (JCS)

Dear Judge Spero:

    With the agreement of all counsel in the captioned case, plaintiff requests that the Settlement Conference currently scheduled for Thursday, January 18, 2007, be rescheduled to Wednesday, January 17, 2007.  Plaintiff requires medical treatments three days per week and his current treatments occur on Tuesdays, Thursdays and Saturdays.  Accordingly, we anticipate that plaintiff will be available to participate in the Settlement Conference if it is scheduled for Wednesday, January 17, 2007.

                            Respectfully submitted,

                            /s/

                          Thomas E. McDonald

cc:  All counsel

27249139\V-1        September 27, 2006



GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA